United States District Court
Southern District of Texas
**ENTERED**
July 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-EQ1 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ1, § § § § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-150 |
| § | |
| GLORIA CASTRELLON, *et al*, § § § | |
| Defendants. § | |

## ORDER ON PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO JESUS CASTRELLON

Now before the Court is Plaintiff's Request for Clerk's Entry of Default as to Defendant Jesus Castrellon ("Defendant"). (Dkt. No. 43). Although Defendant was served with Plaintiff's Summons and Original and First Amended Complaints, he has failed to respond to either Complaint within the time allowed by law. *See* (Dkt. Nos. 14, 35); FED. R. CIV. P. 12(a), 15(a)(3). Therefore, the Court hereby **ORDERS** that the Clerk of Court enter Default against Defendant Jesus Castrellon. *See* FED. R. CIV. P. 55(a).

The Clerk shall send a copy of this Order to counsel for the parties, and to Defendant Jesus Castrellon at 319 Huerta Street, Weslaco, Texas 78596.

SO ORDERED this 14th day of July, 2020, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge